FILED: August 6, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1636
(1:23-cv-01004-MSN-IDD)

_____

EDWARD M. WILLIAMS

    Plaintiff - Appellant

v.

FAIRFAX COUNTY GOVERNMENT

    Defendant - Appellee

and

FAIRFAX COUNTY DEPARTMENT OF FAMILY SERVICES

    Defendant

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Opening brief and Joint appendix due: 09/20/2024

Response brief due: 10/21/2024

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk